**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **KAPPA DIGITAL, LLC,**<br>**Plaintiff,**<br>**v.**<br>**HUGHES NETWORK SYSTEMS, LLC,**<br>**Defendants.** | **CIVIL ACTION NO. 2:15-cv-915**<br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING JOINT MOTION TO DISMISS CLAIMS WITH PREJUDICE AND COUNTERCLAIMS WITHOUT PREJUDICE**

Having considered the Joint Motion filed by Plaintiff Kappa Digital, LLC ("Kappa"), and Defendant Hughes Network Systems, LLC ("Hughes"), this Court finds that good cause exists for granting that motion. The Stipulated Motion is therefore GRANTED.

All claims asserted by Kappa against Hughes are dismissed WITH prejudice. All counterclaims asserted by Hughes against Kappa are dismissed WITHOUT prejudice. Each party will bear its own costs, expenses and attorneys fees.

SO ORDERED.

**SIGNED this 2nd day of February, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE